```
                                    FILED
                          CLERK, U.S. DISTRICT COURT

                                 SEP 22 2010

                          CENTRAL DISTRICT OF CALIFORNIA
                          BY                          DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 10-2282M |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |
| v. | |
| Randy Javen Porter | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

    (A)  ( )  the appearance of defendant as required; and/or

    (B)  ( )  the safety of any person or the community.

//
//

The court concludes:

A. (✗) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: _he can abide by court order_

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: _he can abide by court order_

IT IS ORDERED that defendant be detained.

DATED: 9/24/10

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE